UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


TANYA JEANE CARTER,

                Plaintiff,

v.                                    Civil Action No. 2:14-cv-27009

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.


MEMORANDUM OPINION AND ORDER


        The court having received the Proposed Findings and

Recommendation of United States Magistrate Judge Dwane Tinsley,

entered on February 18, 2016; and the magistrate judge having

recommended that the court grant plaintiff's Brief in Support of

Judgment on the Pleadings; and the magistrate judge having

further recommended that the court deny the Commissioner's Brief

in Support of the Defendant's Decision, reverse the final

decision of the Commissioner, remand this case for further

proceedings, and dismiss this matter from the court's docket;

and no objection having been filed to the Proposed Findings and

Recommendation, it is ORDERED that:

    1.  The findings made in the Proposed Findings and

        Recommendation of the magistrate judge be, and they

hereby are, adopted by the court and incorporated herein;

2.    The plaintiff's Brief in Support of Judgment on the Pleadings be, and it hereby is, granted;

3.    The defendant's Brief in Support of the Defendant's Decision be, and it hereby is, denied;

4.    The decision of the Commissioner be, and it hereby is, reversed; and

5.  This matter be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings to consider the credibility and other issues identified by the magistrate judge in the Proposed Findings and Recommendation as requiring further evaluation and resolution.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

CENTER: March 14, 2016

John T. Copenhaver, Jr.
United States District Judge